PD-1430_1439-15

IN THE
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS

William Arthur McIntosh,              §        PDR Case No's _____
                Petitioner            §
                                      §        Appeal No. 10-15-00328-CR
vs.                                   §        thru      10-15-00337-CR
                                      §
THE STATE OF TEXAS,                   §        Trial Court No. 20084 - Cr
          Respondent                  §        thru        20384 - CR

FILED IN
COURT OF CRIMINAL APPEALS

NOV 09 2015

Abel Acosta, Clerk

**PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE
PETITION FOR DISCRETIONARY REVIEW**

**TO THE MOST HONORABLE COURT OF CRIMINAL APPEALS:**

COMES NOW, William Arthur McIntosh, "Petitioner", Pro se and respectfully files this his Motion for Extension of Time to File Petition for Discretionary Review ("PDR"), Pursuant to TEX. R. APP. PROC. 68.2(c) and would further show this most honorable court the following:

I.

The Petitioner's PDR is due in this court on or before October 30, 2015.

II.

The Petitioner needs a Sixty (60) day extension of time to finish his PDR, then get it copied and mailed into this court.

III.

The Tenth District Court of Appeals Denied Petitioner's Appeal of his Motion for Appointment of Counsel under the Texas Fair Defense Act and Artile 1.051 V.A.C.C.P., MEMORANDUM OPINION dated October 15, 2015. Petitioner is an incarcerated indivdual and is allowed about two hours a day in the unit law library. With this being the case it takes a little longer to get the neccesary research completed. After which Petitioner has to mail out the original and get copies made and sent to this court. At this time Petitioner feels that a Sixty day Extension of time would work well to complete and file his PDR.

IV.

This is the Petitioners first request for an extension of time to file his PDR. He files this Motion in good faith, not to cause any undue delays, nor to harass the Respondent.

V.

**WHERERFORE, PREMISES CONSIDERED,** the Petitioner respectfully prays this most Honorable Court would GRANT this Motion, extending the deadline to file PDR by Sixty (60) days.

VI.

I, William Arthur McIntosh, TDCJ-ID no. 688254, being presently illegally incercerated under an uncontroverted, illegal null and void judgement of conviction adn sentence - in the Frech M. Robertson Unit of the TDCJ-CID system, in Jones County, Texas do hereby verify and declare under penalty of perjury that the foregoing Motion and STATEMNTS made herein are all true and correct.


REspectfully Submitted,

William A. McIntodsh
Petitioner, Pro se
TDCJ-ID no. 688254
Robertson Unit
12071 F.M. 3522
Abilene, Texas 79601


VII.

I here by certify that a true and correct copy has been sent to the District Attorney of ellis county , Texas via First Class mail at 109 Sout Jackson, Waxahachie, Texas 75165

William McIntosh

William Arthur McIntosh
TDCJ-ID no. 688254
Robertson Unit
12071 F.M. 3522
Abilene, Texas 79601


Honorable Abel Acosta
Clerk
Court of tCriminal Appeals
201 West 14th Street, Room 106
P.O. Box a2308
Austin, Texas 78711-2308

October 27, 2015

Dear Clerk,

Please find enclosed for filing my Pro Se Motion for extension of time to file PDR. Also, I filed a declaration fo inability to pay costs on March 22, 2015 on a different pleadings and my situation has not changed so I should be still indigent. If I need to file another Declaration of inability to pay costs please let me know and I shall do so.


Sincerely,

William A. McIntosh